IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE ACTION |
| | : | NO.  12-1190 |
| v. | : | |
| | : | VIOLATION NOTICE |
| | : | NO.    3425401 |
| JOHN HOLLOWAY | : | |

**O R D E R**

AND NOW, to wit, this 9th day of August, 2012, following a hearing in the above-captioned matter held on July 27, 2012, IT IS HEREBY ORDERED as follows:

1.    Defendant entered  his guilty plea to Disorderly Conduct, as charged in Violation No. 3425401, issued on March 14, 2012;

2.    The Defendant is HEREBY ORDERED to pay a fine in the amount of Five Hundred ($500.00) Dollars and Court costs in the amount of Twenty-five ($25.00) Dollars for a total amount of Five Hundred Twenty-five ($525.00) Dollars;

3.    Defendant is HEREBY SENTENCED to One (1) year supervisory period, under the supervision of the United States Pretrial Services;

4.    The first six (6) months of supervision shall be reporting supervision as directed by Pretrial Services;

5.    Following success completion of his reporting supervision, the Defendant shall serve his last six (6) months of supervision as unreporting supervision;

6.    Defendant shall undergo and successfully complete a Sexual Treatment Program, to be determined Pretrial Services;

7.    Defendant SHALL NOT ENTER Valley Forge National Historical Park for a period of one (1) year, from the date of this Order;

8.    Defendant waives his appellate rights.

BY THE COURT:

/s/Jacob P. Hart

_____

**JACOB P. HART**
**UNITED STATES MAGISTRATE JUDGE**